# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mustafa Othman, | No. CV-24-00377-TUC-JGZ (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Safety Holdings Incorporated, | |
| Defendant. | |

Having reviewed the Parties' Stipulation of Dismissal with Prejudice (Doc. 34), and good cause appearing,

**IT IS ORDERED** that the Parties' Stipulation (Doc. 34) is **granted**. This matter is **dismissed with prejudice**. The parties shall bear their own fees and costs. The Clerk of Court shall enter final judgment and close its file in this action.

Dated this 28th day of February, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge