# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mustafa Othman,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Safety Holdings Incorporated,<br><br>　　　　　Defendant. | NO. CV-24-00377-TUC-JGZ (LCK)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the parties' Stipulation of Dismissal. This case is dismissed with prejudice, with each party to bear their own fees and costs.

　　　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

February 28, 2025

　　　　　　　　　　　　　　　　　　　　　s/ V. Santamaria
　　　　　　　　　　　　　　　By　Deputy Clerk